Argued and submitted May 20, appeal dismissed June 22, 1981

## RICHARD R. RAMEY,
*Respondent,*
*v.*
## CUPP,
*Appellant.*

(No. 118,192 CA 19729)

629 P2d 889

Scott McAlister, Assistant Attorney General, Salem, argued the cause for appellant. On the brief were Dave Frohnmayer, Attorney General, John R. McCulloch, Jr., Solicitor General, William F. Gary, Deputy Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem.

Michael J. Hansen, Salem, argued the cause for respondent. With him on the brief was Thorbeck & Hansen, Salem.

Before Buttler, Presiding Judge, and Warden and Warren, Judges.

PER CURIAM.

**PER CURIAM.**

The parties agree that the issue presented on this appeal has become moot. Appeal dismissed.